CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

June 30, 2025

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MARCUS BURDETT,** | ) |
| Plaintiff, | ) Civil Action No. 7:24cv00618 |
| | ) |
| v. | ) OPINION and ORDER |
| | ) |
| **ABINGDON REGIONAL JAIL, et al.,** | ) By: Robert S. Ballou |
| Defendants. | ) United States District Judge |

Plaintiff Marcus Burdett, previously a Virginia inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By order entered September 10, 2024, the court directed the plaintiff to notify the court in writing immediately upon plaintiff's transfer or release and provide a new address. ECF No. 4, at p. 4, ¶ 6. The order further advised, in all capital letters, that failure to notify the court of an address change will result in dismissal of the case. The court reiterated this direction in a later order, dated September 23, 2024. ECF No. 7, at p. 2, ¶ 4. Plaintiff subsequently gave notice of a new address on October 15, 2024. On February 13, 2025, he notified the court of his release and provided another new address. The court has heard nothing from the plaintiff since that date.

On March 4, 2025, the court sent mail to the plaintiff at the address provided on February 13, 2025, but the letter was returned undeliverable, marked "Return to Sender, Unable to forward." Accordingly, it is **ORDERED** that the complaint is **DISMISSED without prejudice** and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order to the plaintiff.

Enter: June 29, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge